PLAINTIFF'S EXHIBIT 42



**35 USC 284: Damages**
Text contains those laws in effect on January 4, 1995

**From Title 35-PATENTS**
PART III-PATENTS AND PROTECTION OF PATENT RIGHTS
CHAPTER 29-REMEDIES FOR INFRINGEMENT OF PATENT, AND OTHER ACTIONS
**Jump To:**
Source Credit

## §284. Damages

Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court.

When the damages are not found by a jury, the court shall assess them. In either event the court may increase the damages up to three times the amount found or assessed.

The court may receive expert testimony as an aid to the determination of damages or of what royalty would be reasonable under the circumstances.

(July 19, 1952, ch. 950, 66 Stat. 813 .)

### Historical and Revision Notes

Based on Title 35, U.S.C., 1946 ed., §§67 and 70, part (R.S. 4919; R.S. 4921, amended (1) Mar. 3, 1897, ch. 391, §6, 29 Stat. 694 , (2) Feb. 18, 1922, ch. 58, §8, 42 Stat. 392 , (3) Aug. 1, 1946, ch. 726, §1, 60 Stat. 778 ).

This section consolidates the provisions relating to damages in R.S. 4919 and 4921, with some changes in language.

### Section Referred to in Other Sections

This section is referred to in sections 154, 157, 296 of this title.